**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov


In re:                                                                    Chapter 7
                                                                          Case No. 24-11047-LMI

 **NIR MEIR**,

                    Debtor.
_____/

**YH LEX ESTATES LLC**,


                    Plaintiff,                          Adv. Pro. No.: 26-01001-LMI

vs.


**NIR MEIR**,


                    Defendant.
_____/


## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, as counsel for the Debtor, hereby moves the Court for entry of an Order permitting the withdrawal as counsel of record for the Debtor and states:

1.      Irreconcilable differences have arisen between counsel and the Debtor which requires the withdrawal of counsel.

2.      The Debtor requests that the Court grant him forty-five (45) days to obtain new counsel and provide an additional 45 days within which the Debtor may file an Answer in this proceeding. Plaintiff previously consented to an extension through March 9.

3.      Undersigned requests that any and all documents to be served on the Debtor be sent to Nir Meir at nir@eammcap.com.

4.      The undersigned certifies that he has conferred with the Debtor bv telephone and e-mail and has provided the Debtor with a copy of this motion prior to filing with the Court.

WHEREFORE, undersigned counsel requests that the Court enter an order authorizing counsel to withdraw as counsel of record for Nir Meir and for such further relief as the Court deems appropriate.

Dated: February 13, 2026

Respectfully submitted,

**SHAPIRO LAW**

By: */s/ Peter E. Shapiro*
    Peter E. Shapiro
Florida Bar No. 615551
8551 West Sunrise Boulevard
Suite 300
Plantation, Florida 33322
Telephone: (954) 315-1157
Email: pshapiro@shapirolawpa.com

*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of February, 2026, the foregoing document was filed with the Court and served via CM\ECF to all parties registered to receive notice. In addition, I transmitted the foregoing to Nir Meir via e-mail to nir@eammcap.com.

/s/ *Peter E. Shapiro*
Peter E. Shapiro