UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                      Case No.: 24-11047-LMI

NIR MEIR,                               Chapter 7

       Debtor.

_____/

YH LEX ESTATES LLC,

         Plaintiff,                          Adv. Pro. No.: 26-01001-LMI

vs.

NIR MEIR,

         Defendant.

_____/

**PLAINTIFF'S RESPONSE TO**
**MOTION TO WITHDRAW AS COUNSEL**

Plaintiff, YH Lex Estates, LLC ("YH" or "Plaintiff"), by and through its undersigned counsel, files

this response (the "Response") to the *Motion to Withdraw as Counsel* [ECF No. 8] (the "Motion to

Withdraw"). In support of this response, YH states:

1.      On January 5, 2026, YH filed its complaint [ECF No. 1] (the "Complaint") commencing

this adversary proceeding against the Defendant.

2.      On January 8, 2026, the Plaintiff filed an *Acceptance and Waiver of Service Process* [ECF

No. 4] whereby the Defendant acknowledged service of the Complaint, Summons and Scheduling

Order, and the Plaintiff and Defendant further agreed that Defendant would have through and

including March 9, 2025 within which to respond to the Complaint - effectively giving the Defendant

60 days from the date of service to respond to the Complaint.

3.      On February 13, 2026, counsel for the Defendant filed the Motion to Withdraw.  In the Motion to Withdraw, counsel requests that Defendant be afforded 45 days to retain new counsel; however, the Motion to Withdraw is silent as to when the requested 45-day period is to commence.

4.      Plaintiff consents to a 60-day extension from the date counsel filed the Motion to Withdraw (February 13, 2026), or through and including April 16, 2026, within which to respond to the Complaint.

5.      The foregoing accommodation will have provided the Defendant a total of **98 days** from the date of service to respond to the Complaint.

Dated: March 11, 2026

Kathleen Aiello, Esq. (admitted *pro hac vice*)
Tracy Klestadt, Esq. (admitted *pro hac vice*)
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036 Telephone: (212) 972-3000
Facsimile: (212) 972-2245 Email:
kaiello@klestadt.com
tklestadt@klestadt.com

 -and –

BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:    */s/ Jordi Guso*
        Jordi Guso
        Florida Bar No. 0863580
        jguso@bergersingerman.com

*Co-Counsel for YH Lex Estates, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on March

11, 2026, via electronic mail upon Defendant, Nir Meir; nir@eammcap.com and electronically

through the Court's CM/ECF system upon all parties on the CM/ECF Service List below.


By:  */s/ Jordi Guso*
            Jordi Guso


**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jordi Guso**    jguso@bergersingerman.com,
  fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Peter E. Shapiro**    pshapiro@shapirolawpa.com, shapiro.peterr101923@notify.bestcase.com