**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN RE:**
**NIR MEIR,**
Debtor.

Case No. 24-11047-PDR

**YH LEX ESTATES LLC,**

Plaintiff,

v.

**NIR MEIR,**

Defendant.

Adv. Proc. No. 26-01001-PDR

# DEFENDANT NIR MEIR'S ANSWER, AFFIRMATIVE DEFENSES, AND PRAYER FOR RELIEF

Defendant, **Nir Meir** ("Defendant"), appearing **pro se**, answers Plaintiff's Complaint as follows:

## PRELIMINARY STATEMENT

Defendant answers only the remaining causes of action following the dismissal with prejudice of Count II and denies that Plaintiff is entitled to a determination that any debt is excepted from discharge under 11 U.S.C. § 523. Defendant further denies the material allegations supporting the remaining claims and denies that Plaintiff has established the amount of any debt allegedly remaining after accounting for all payments, settlements, recoveries, credits, offsets, and other

reductions. Discovery concerning these issues has not yet been completed, and Defendant expressly reserves all rights to amend this Answer as permitted by the Federal Rules and any order of this Court.

Nothing contained herein shall be construed as an admission of any allegation not expressly admitted.

# GENERAL DENIAL

Except as expressly admitted herein, Defendant denies each and every allegation contained in the Complaint. Any allegation not expressly admitted is denied.

# RESPONSES TO NUMBERED PARAGRAPHS

**1.** Admitted.

**2.** Denied.

**3.** Denied.

**4.** Denied.

**5.** Denied.

**6.** Denied.

**7.** Admitted.

**8.** Denied.

**9.** Denied.

**10.** Denied.

**11.** Denied.

**12.** Denied.

**13.** Denied.

**14.** Denied.

**15.** Denied.

**16.** Denied.

**17.** Denied.

**18.** Denied.

**19.** Denied.

**20.** Denied.

**21.** Denied.

**22.** Denied.

**23.** Denied.

**24.** Denied.

**25.** Denied.

**26.** Denied.

**27.** Denied.

**28.** Admitted.

**29.** Admitted.

**30.** Admitted.

**31.** Admitted.

**32.** Denied.

**33.** Admitted.

**34.** Denied. Defendant denies Plaintiff's characterization of the circumstances surrounding the agreed extensions. Defendant states that the agreed extensions followed communications between the parties concerning ongoing settlement discussions and the possibility that the adversary proceeding would become unnecessary. Defendant otherwise denies the remaining allegations of Paragraph 34.

**35.** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and therefore denies the same.

**36.** Admitted.

**37.** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and therefore denies the same.

**38.** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and therefore denies the same.

**39.** Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and therefore denies the same.

**40.** Denied.

**41.** Admitted.

**42.** Admitted.

**43.** Admitted.

**44.** Denied.

**45.** Admitted.

**46.** Admitted.

**47.** Denied

**48.** Denied

**49.** Denied

**50.** Denied

51. Denied

52. Denied

53. Denied

54. Denied

55. Denied

56. Denied

57. Denied

58. Denied

59. Denied

60. Denied

61. Denied

62. Denied

63. Denied

64. Denied

65. Denied

66. Denied

67. Denied

68. Denied

69. Denied

70. Denied

71. Denied

72. Denied

73. Denied

74. Denied

75. Denied

76. Denied

77. Denied

78. Denied

79. Denied

80. Denied

81. Denied

82. Denied

83. Denied

84. Denied

85. Denied

86. Denied

87. Denied

88. Denied

89. Denied

90. Denied

91. Denied

92. Denied

93. Denied

94. Denied

95. Denied

96. Denied

97. Denied

98. Denied

99. Denied

100. Denied

101. Denied

102. Denied

103. Denied

104. Denied

105. Denied

106. Denied

107. Denied

108. Denied

109. Denied

110. Denied

111. Denied

112. Denied

113. Denied

114. Denied

115. Denied

116. Denied

117. Denied

118. Denied

119. Denied

120. Denied

121. Denied

122. Denied

123. Denied

124. Denied

125. Denied

126. Denied

127. Denied

128. Denied

129. Denied

130. Denied

131. Denied

132. Denied

133. Denied

134. Denied

135. Denied

136. Denied

137. Denied

138. Denied

139. Denied

140. Denied

141. Denied

142. Denied

143. Denied

144. Denied

145. Denied

146. Denied

147. Denied

148. Denied

149. Denied

150. Denied

151. Denied

152. Denied

153. Denied

154. Denied

155. Denied

156. Denied

157. Denied

158. Denied

159. Denied

160. Denied

161. Denied

# AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses. By asserting these defenses, Defendant does not concede that any matter identified herein is one on which Defendant bears the burden of proof.

Defendant asserts the following affirmative defenses based upon the information presently available. Discovery is ongoing, and Defendant has not yet received documents relating to Plaintiff's accounting, recoveries, settlement agreements, offsets, credits, and damages calculations. Defendant therefore reserves the right to amend these defenses as permitted by the Federal Rules.

## First Affirmative Defense

### Failure to State a Claim

Plaintiff has failed to allege facts sufficient to establish every element required under the remaining causes of action asserted in the Complaint.

## Second Affirmative Defense

### Failure of Proof

Plaintiff bears the burden of proving every element of each remaining claim under 11 U.S.C. § 523 by the applicable standard of proof. Defendant denies that Plaintiff can satisfy that burden.

## Third Affirmative Defense

### Accounting, Recoveries, Credits, and Offsets

Defendant denies Plaintiff's allegations regarding the amount of any debt allegedly remaining outstanding. Any determination regarding the amount of any debt must account for all recoveries, settlements, payments, credits, offsets, distributions, and other reductions reflected by the evidence developed during discovery.

## Fourth Affirmative Defense

### Payment, Partial Satisfaction, Setoff, and Credit

To the extent applicable and supported by the evidence, any recovery awarded to Plaintiff must be reduced by all payments, settlements, credits, offsets, recoveries, distributions, and other amounts received by Plaintiff relating to the underlying judgment.

## Fifth Affirmative Defense

### Reservation Pending Discovery Regarding Plaintiff's Damages

Defendant has requested discovery concerning Plaintiff's:

- accounting;
- recoveries;
- settlement agreements;
- payment history;
- credits;
- offsets;
- damages calculations;
- and Plaintiff's calculation of the amount allegedly remaining due.

Because such discovery has not yet been produced, Defendant expressly reserves the right to amend this Answer and assert additional defenses or affirmative defenses as warranted by the evidence developed during discovery.

## Sixth Affirmative Defense

### Failure to Establish Damages

Plaintiff bears the burden of proving not only the existence of any debt excepted from discharge but also the amount of any such debt. Defendant denies that Plaintiff has established the amount allegedly remaining due after accounting for all recoveries, settlements, credits, offsets, and payments.

## Seventh Affirmative Defense

### Reservation of Additional Defenses

Defendant expressly reserves all rights to amend, supplement, or modify this Answer and to assert additional defenses or affirmative defenses as permitted by the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and any order of this Court.

Defendant further reserves the right to amend or supplement this Answer and these affirmative defenses should Plaintiff amend its Complaint or should additional facts become known through discovery.

# PRAYER FOR RELIEF

Defendant denies that Plaintiff has sustained its burden of proving the allegations necessary to except any debt from discharge and respectfully requests that Plaintiff be required to prove each element of its remaining claims in accordance with applicable law.

WHEREFORE, Defendant respectfully requests that this Court:

A. Deny Plaintiff the relief requested in the remaining counts of the Complaint;

B. Enter such judgment as is appropriate under the law and the evidence.

C. Grant Defendant leave to amend this Answer as appropriate following discovery, if necessary;

D. Award such other and further relief as the Court deems just and proper.

Respectfully submitted,

**Nir Meir**
Defendant, Pro Se

I am not an attorney and do not have access to CM/ECF. I have asked Peter Shapiro to file this pleading on my behalf. I agree to accept service of all pleadings via email at nir@eammcap.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of Florida on all counsel of record on July 6th , 2026.

Nir Meir